# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150695(126)

*In re* APPLICATION OF MICHIGAN ELECTRIC
TRANSMISSION COMPANY FOR
TRANSMISSION LINE

_____

CHARTER TOWNSHIP OF OSHTEMO,
       Appellant,

v

MICHIGAN ELECTRIC TRANSMISSION
COMPANY, LLC,
       Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
       Appellee.
_____/

SC: 150695
COA: 317893
MPSC No.: 00-017041

On order of the Chief Justice, the motion of appellee Michigan Public Service Commission to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before March 25, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016

Clerk